ORIGINAL

FILED

11/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0495

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0495

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DARIN GUCKEEN,

Defendant and Appellant.

FILED

NOV 09 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Darin Guckeen has appealed from the June 16, 2021 Judgment and Order of the Sixth Judicial District Court, Park County, in its Cause No. DC-21-44. Guckeen argues that the District Court erred in failing to conform its written judgment to its oral pronouncement. Specifically, Guckeen argues that the court orally ordered that during his suspended sentence he would be subject to the same terms and conditions as had been imposed upon him in a recent Cascade County matter, but the written Judgment and Order additionally imposed the terms and conditions that had been imposed upon him in two separate Park County matters.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of striking from the Judgment and Order the reference to the Park County cases for conditions of probation or parole.

Based on Guckeen's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is remanded to the Sixth Judicial District Court, Park County, with instructions for the District Court to amend Section VI of its June 16, 2021 Judgment and Order to strike the reference Park County Cause Nos. DC 19-124 and DC 19-136 for conditions of supervision.

IT IS FURTHER ORDERED that this appeal is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Brenda Gilbert.

Dated this ___ day of November, 2022.

_____

_____

_____

_____

_____
                        Justices